**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| PATENT MANAGEMENT FOUNDATION, LLC, <br><br>              Plaintiff, <br>     v. <br><br> ANALOG DEVICES, INC., <br><br>              Defendant. | Civil Action No. 1:11-cv-10182-DPW |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**

Plaintiff Patent Management Foundation, LLC ("PMF") and Defendant Analog Devices, Inc. ("ADI"), by and through their counsel of record, hereby stipulate to dismiss the above-captioned action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its own costs and attorneys' fees.

Dated: July 8, 2011

By: _/s/ _Ben Bedi_____

Steven N. Fox, Esq. (BBO #554692)
62 South Main Street
Sharon, MA 02067
Voice: 781-713-4244
E-Mail: sfox@uspatentattorneys.com

Dara Tabesh, Esq. (admitted *pro hac vice*)
Ben Bedi, Esq. (admitted *pro hac vice*)
Eco-Tech Law Group, P.C.
201 Spear Street, Suite 1100
San Francisco, CA 94105
Voice: (415) 230-5376
E-Mail: dara.tabesh@ecotechlaw.com
E-Mail: ben.bedi@ecotechlaw.com

Attorneys for Plaintiff,
PATENT MANAGEMENT FOUNDATION, LLC

Respectfully submitted,

By: _/s/ David B. Bassett _____

David B. Bassett (BBO # 551148)
WILMER CUTLER PICKERING HALE AND DORR LLP
399 Park Avenue
New York, NY 10022
Telephone:  (212) 230-8800
Facsimile:  (212) 230-8888

Christine Duh (admitted *pro hac vice*)
Andrew L. Liao (admitted *pro hac vice*)
WILMER CUTLER PICKERING HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

Attorneys for Defendant,
ANALOG DEVICES, INC.

**CERTIFICATE OF SERVICE**

      The undersigned certifies that on July 8, 2011, the foregoing document was filed with the Clerk of the United States District Court for the District of Massachusetts, using the court's electronic filing system (ECF), in compliance with Local Rule 5.4. The ECF system serves a "Notice of Electronic Filing" to all parties and counsel who have appeared in this action, all of whom are also deemed to have consented under Local Rule 5.4 to accept that Notice as service of this document.

Dated: July 8, 2011                                   By: /s/ David B. Bassett
                                                                   David B. Bassett